**Dismissed and Memorandum Opinion filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-14-00215-CV

---

### IN THE INTEREST OF S.L.M. AND A.D.M., CHILDREN

---

**On Appeal from the 306th District Court
Galveston County, Texas
Trial Court Cause No. 13-CP-0012**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 3, 2014. The notice of appeal was filed March 10, 2014. On March 25, 2014, the trial court found appellant is not indigent. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207.

On April 3, 2014, this court ordered appellant to pay the appellate filing fee on or before April 8, 2014, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.